# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3011

_____

Roosevelt Scott,

        Appellant,

        v.

Lynette Redden; Unknown Ketcher;
Corporal Perez; Unknown Miller;
Unknown Sanchez; Unknown Corey;
Unknown Jensen; Woodbury County,
Iowa,

        Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Northern
\*   District of Iowa.
\*     [UNPUBLISHED]
\*
\*
\*
\*
\*
\*

_____

Submitted: March 7, 2002

Filed: March 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Roosevelt Scott appeals from the district court's[1] judgment for defendants after a jury trial in his 42 U.S.C. § 1983 lawsuit. On appeal, Scott has neither identified

_____

[1]The Honorable Paul A. Zoss, United States Magistrate Judge for the Northern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

any alleged error by the district court nor provided a trial transcript or requested one at government expense.  See Fed. R. App. P. 10(b) (discussing appellant's duty to order transcript); Primary Care Investors, Seven, Inc. v. PHP Healthcare Corp., 986 F.2d 1208, 1212 (8th Cir.1993) (unspecific assertions of error are waived); Schmid v. United Bhd. of Carpenters & Joiners, 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (claims of error related to verdict being against weight of evidence are unreviewable without transcript), cert. denied, 484 U.S. 1071 (1988).  Because this was a civil trial, Scott's argument that he was denied effective assistance of counsel fails.  See Glick v. Henderson, 855 F.2d 536, 541 (8th Cir. 1988).

Accordingly, we affirm.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.